## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**DEREK ISSLER**　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**PLAINTIFF**

**v.**　　　　　　　　　**Case No. 4:22-cv-00799 KGB**

**SARACEN DEVELOPMENT, LLC**　　　　　　　　　　　　　　　　　　　　　　　**DEFENDANT**

## ORDER

Before the Court is the parties' joint stipulation of dismissal (Dkt. No. 36). The stipulation accords with the terms of Federal Rule of Civil Procedure 41(a)(1)(A)(ii). For good cause shown, the Court adopts the stipulation of dismissal. The Court dismisses the action with prejudice, with each party to bear its attorney's fees, costs, and expenses. All pending motions are denied as moot (Dkt. Nos. 11; 12; 15).

It is so ordered this 25th day of March, 2024.

_____
Kristine G. Baker
Chief United States District Judge